EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U. S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 28 2002

at _____ o'clock and _____
WALTER A. Y. H. CHINN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   vs.<br><br>RUBY JAVAR,<br><br>  Defendant. | CR. NO. **CR02-00359 HG**<br><br>INDICTMENT<br><br>(26 U.S.C. §§ 5841, 5861(d) & 5871) |

INDICTMENT

The Grand Jury Charges:

On or about November 7, 2001, in the District of Hawaii, the defendant, RUBY JAVAR, knowingly received and possessed a firearm, that is a shotgun having a barrel of 18 inches or less, not registered to him in the National Firearms

\\
\\

SEALED
BY ORDER OF THE COURT

Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

DATED: ___8/28/02___, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

*USA v. Javar*;
"Indictment"