IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00359 HG |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RUBY JAVAR, | ) | |
| | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 22 2003

at ____ o'clock and 4:50 ___ M.
WALTER A.Y.H. CHINN, CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2006

at 11 o'clock and 20 min. A M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 120651434 issued at HONOLULU, HI, on JUNE 2, 1999 to the above-named defendant, was surrendered to the custody of the Clerk of court on December 22, 2003 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:        PHILIPPINES

Place of Birth:       SEPTEMBER 25, 1940

Dated at Honolulu, Hawaii on December 22, 2003.

WALTER A.Y.H. CHINN, Clerk

By: _____
         Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 1/9/06              Signature: _____
                                         Owner of Passport